IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-01438-WYD-CBS

STACY SCOTT,

    Plaintiff,

v.

RJM ACQUISITIONS LLC, a New York limited liability company,

    Defendant.

---

**MINUTE ORDER**

---

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

    On January 9, 2014, the parties filed a Notice of Settlement (ECF No. 41) indicating that they have reached a settlement in this matter.  Accordingly, Plaintiff's Motion for Attorney Fees (ECF No. 39) is **DENIED WITHOUT PREJUDICE.**  Finally, the parties shall file appropriate dismissal documents with the Court not later than **Friday, January 24, 2014.**

    Dated:  January 10, 2014